IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Eiland, Wendell | Case Number: 08 B 03701 |
| | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 2/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: June 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 969.22 | |
| Secured: | | 430.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 476.22 |
| Trustee Fee: | | 63.00 |
| Other Funds: | | 0.00 |
| Totals: | 969.22 | 969.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 476.22 |
| 2. | Great Suburban Acceptance | Secured | 0.00 | 430.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 67.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 34.12 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 23.00 | 0.00 |
| 6. | B-Real LLC | Unsecured | 90.24 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 108.13 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 374.54 | 0.00 |
| 9. | USA One National Credit Union | Unsecured | 58.86 | 0.00 |
| 10. | Shnee Ross | Priority | | No Claim Filed |
| 11. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 12. | Social Security Administration | Unsecured | | No Claim Filed |
| 13. | Keynote Consulting | Unsecured | | No Claim Filed |
| 14. | National Credit | Unsecured | | No Claim Filed |
| 15. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 16. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 17. | Village of Oak Park | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,219.89 | $ 906.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 63.00 |
| | _____ |
| | $ 63.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Eiland, Wendell

Printed:  7/22/08

Case Number:  08 B 03701
Judge:  Squires, John H
Filed:  2/19/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

